writ of certiorari to the Supreme Court of the State of Nebraska granted. *Mr. Wymer Dressler* for petitioner. *Mr. F. W. Sargent* for respondent. [See *post*, 652; *ante*, 628.]

---

No. 334. McLANE TILTON *v.* FELIX M. DRENNEN, AS RECEIVER, ETC. December 12, 1921. Petition for a rehearing of order denying certiorari under par. 4 of Rule 37 granted. *Mr. Forney Johnston* for appellant. *Mr. H. L. Stevens* for appellee. [See *post*, 651, 657.]

---

No. 598. HENRY E. STEVENS, JR. *v.* ARTHUR S. ARNOLD ET AL., EXECUTORS, ETC. December 12, 1921. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Mr. Harvey F. Carr* for petitioner. No brief filed for respondents.

---

No. 625. STATE INDUSTRIAL COMMISSION OF THE STATE OF NEW YORK *v.* NORDENHOLT CORPORATION ET AL. December 12, 1921. Petition for a writ of certiorari to the Supreme Court of the State of New York granted. *Mr. E. Clarence Aiken* for petitioner. *Mr. Elmer C. Sherwood* for respondents.

---

No. 629. UNITED STATES *v.* CHARLES WALTER MORELAND. December 19, 1921. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia granted. *Mr. Solicitor General Beck, Mr. F. H. Stephens, Mr. George P. Barse* and *Mr. Lewis B. Perkins* for the United States. *Mr. Foster Wood* for respondent.

---

No. 630. FEDERAL TRADE COMMISSION *v.* SINCLAIR REFINING COMPANY. January 3, 1922. Petition for a writ